B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

IN RE:  Case No. _____

Minor Family Hotels, LLC  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| DLA Piper LLP (US) 550 South Hope St., Suite 2300 Los Angeles, CA 90071-2631 | Betty Shumener (213) 330-7707 | Trade debt | | 3,047,360.56 |
| Watt, Tieder, Hoffar & Fitzgerald 8405 Greensboro Dr. McLean, VA 22102-5104 | Jim Coleman (703) 749-1000 | Trade debt | | 91,858.50 |
| Mark G. Anderson Consultants, Inc. 730 Eleventh St. NW, 4th Floor Washington, DC 20001-4510 | Mark Anderson (202) 942-3900 | Trade debt | Disputed | 76,089.44 |
| Boyken International 303 Lippincott Centre Marlton, NJ 08503 | Simon Mortimer (856) 810-6200 | Trade debt | | 63,747.46 |
| GHT Limited 1010 North Glebe Road, Suite 200 Arlington, VA 22201-4749 | Bob Patsel (703) 243-1200 | Trade debt | | 45,726.13 |
| Veritext 550 S. Hope St., Suite 1775 Los Angeles, CA 90071 | (866) 299-5127 | Trade debt | | 45,068.26 |
| Evolve Discovery 811 Wilshire Blvd., Suite 1400 Los Angeles, CA 90017 | (888) 666-3564 | Trade debt | | 38,018.01 |
| Sedgwick, Detert, Moran & Arnold LLP Attention: Accounting Department One Market Plaza San Francisco, CA 94105 | Gary Sheppard (415) 781-7900 | Trade debt | Disputed | 27,309.48 |
| Huseby National Depo. P.O. Box 404743 Atlanta, GA 30384-4743 | (404) 875-0400 | Trade debt | | 26,265.80 |
| Equassure, Inc. 2041 Rosecrans Ave, Suite 354 El Segundo, CA 90245 | Greg Rickard (310) 335-9343 | Trade debt | | 24,039.50 |
| Next Step Design, Inc. 1116 West Street, Suite C Annapolis, MD 21401 | Rus Stilwell (410) 263-1200 | Trade debt | Disputed | 22,722.76 |
| EClaris 800 W. 6th St., Suite 1220 Los Angeles, CA 90017 | Michael Swarz (213) 784-0231 | Trade debt | | 21,536.00 |
| LeClair Ryan P.O. Box 2499 Richmond, VA 23218-2499 | Steve Blaine (804) 783-2003 | Trade debt | | 14,851.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Contact | Type | Status | Amount |
|---|---|---|---|---|
| Randy Burkett Lighting Design, Inc.<br>609 East Lockwood Avenue, Suite 201<br>St. Louis, MO 63119 | Randy Burkett<br>(314) 961-6650 | Trade debt | Disputed | 9,650.00 |
| NBJ Architecture<br>11537-B Nuckols Rd.<br>Glen Allen, VA 23059 | Neil Bhatt<br>(804) 273-9811 | Trade debt | | 8,900.00 |
| Elemental Ideas & Design<br>756 W. Spain St.<br>Sonoma, CA 95476 | Elizabeth Hecker<br>(707) 933-1396 | | Disputed | 7,636.00 |
| Shen Milsom & Wilke, Inc.<br>417 Fifth Avenue, 5th Floor<br>New York, NY 10016 | Geoffrey Sparks<br>(212) 725-6800 | Trade debt | | 6,375.00 |
| CP Document Technology<br>P.O. Box 64-457<br>Los Angeles, CA 90064 | (213) 489-9867 | Trade debt | | 5,941.73 |
| Ohio Casualty<br>P.O. Box 7906<br>Loveland, OH 45140-7906 | (800) 843-6446 | Trade debt | | 4,369.00 |
| Karyn Abbott<br>1100 S. Flower St., Suite 2150<br>Los Angeles, CA 90015 | (213) 749-1234 | Trade debt | | 4,142.82 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 9/1/10         Signature: /s/ Halsey M. Minor

**Halsey M. Minor, Member**

(Print Name and Title)