IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **MINOR FAMILY HOTELS, LLC,** ) | |
| ) | **Case No. 10-62543** |
| Debtor. ) | |

**ORDER ON FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR THE DEBTOR**

Before the Court is the First Application for Compensation and Reimbursement of Expenses by Counsel for the Debtor (the "Application") filed by Woods Rogers PLC ("Applicant" or "WR"), counsel for the Debtor, in which WR petitioned the Court for allowance of compensation and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code and Bankruptcy Rule 2016. The Application was transmitted to the Office of the United States Trustee and to the members of the Unsecured Creditor's Committee in this case. Upon consideration of the foregoing, it is hereby

ORDERED that the Applicant be allowed compensation and reimbursement of expenses as follows which amounts are deemed proper and reasonable:

|  | Compensation | Expenses |
|---|---|---|
| Woods Rogers PLC | $43,436.50 | $5,145.37 |
| Counsel for the Debtor | | |

And it is further

ORDERED that, with the exception of payment of U.S. Trustee fees and insurance premiums, the Debtor shall not make any distributions without approval of this Court and counsel for the Debtor shall continue to hold the amount of its retainer; and it is further

{#1402605-1, 112247-00001-01}

ORDERED that the Court shall conduct a hearing on February 14, 2011 at 11:00 am in Room 200, United States Courthouse, 255 W. Main Street, Charlottesville, Virginia for the purpose of reviewing the status of the funding of the Debtor.

As the Office of the United States Trustee, counsel for the Unsecured Creditors Committee, and other parties in interest will receive this Order via the court's CM/ECF system, the requirement for service of this Order is waived.

ENTER this 12th day of January, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Richard C. Maxwell
Richard C. Maxwell (VSB #23554)
B. Webb King (VSB #47044)
WOODS ROGERS PLC
Wachovia Tower, Suite 1400
10 South Jefferson Street
P. O. Box 14125
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Fax: (540) 983-7711
    *General bankruptcy counsel for Minor Family Hotels, LLC*

SEEN:

/s/ Margaret K. Garber  *by authority Richard C. Maxwell*
Office of the United States Trustee
For the Western District of Virginia
First Campbell Square Building
201 First Street, SW, Suite 505
Roanoke, VA 24011

*/s/ Craig B. Young  by authority Richard C. Maxwell*
Craig B. Young, Esq.
Kutak Rock, LLP
Suite 100
1101 Connecticut Avenue, NW
Washington, DC 20036-4374
    *Counsel for the Unsecured Creditors Committee*

2

{#1402605-1, 112247-00001-01}