IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **MINOR FAMILY HOTELS, LLC,** ) | |
| ) | **Case No. 10-62543** |
| Debtor. ) | |

## MOTION TO CONTINUE

COMES NOW Minor Family Hotels, LLC ("Debtor"), by counsel, and moves the Court to continue the status hearing on funding of the Debtor, originally scheduled for February 14, 2011, and it for its grounds states that this case will be determined in great part by litigation in Georgia, which is scheduled to be tried in mid-March, 2011, and that judicial economy will be promoted if the status hearing on funding of the Debtor is continued to April 18, 2011.

WHEREFORE, Minor Family Hotels, LLC respectfully requests that the status hearing on funding of the Debtor be continued to **April 18, 2011 at 11:00 a.m.** in the United States Bankruptcy Court, Courtroom 200, 255 West Main Street, Charlottesville, Virginia 22902.

Dated: January 18, 2011

Respectfully submitted,

MINOR FAMILY HOTELS, LLC

By: /s/ Richard C. Maxwell
Of Counsel

WOODS ROGERS PLC
ATTORNEYS AT LAW

{#1406948-1, 112247-00001-01}

Case 10-62543    Doc 128    Filed 01/18/11    Entered 01/18/11 12:11:07    Desc Main
                    Document      Page 2 of 2

Richard C. Maxwell (VSB #23554)
B. Webb King (VSB #47044)
WOODS ROGERS PLC
Wachovia Tower, Suite 1400
10 South Jefferson Street
P. O. Box 14125
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Fax: (540) 983-7711
    *General bankruptcy counsel for Minor Family Hotels, LLC*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this 18th day of January, 2011, I caused a true and correct copy of the foregoing Motion to Continue to be filed with the Court's CM/ECF system, causing this document to be sent through that system to all parties designated to receive same.

                                         /s/ Richard C. Maxwell