**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE:        APRIL 18, 2011                CONTINUED HEARING _____
TIME:        11:00 A.M.
DOCKET #:    #127
CASE #:      10-62543
IN RE:       MINOR FAMILY HOTELS, LLC          PRESENT: ✗
COUNSEL FOR DEBTOR(S): MAXWELL/R    PRESENT: ✓    By: _____
TRUSTEE:     UST            PRESENT: ✗

---

**TYPE OF HEARING:   STATUS HEARING ON FUNDING OF THE DEBTOR**

---

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
|  |  |  |
|  |  |  |

| HEARING CONTINUED: ✓ | DATE/TIME: 5-23-11 @ 11:00 AM |
|---|---|

| RULING: |
|---|
|  |

| ORDER DUE: | TO BE TENDERED BY: |
|---|---|
| ORDER LODGED IN CM ORDERS: | |
|  | |

| UNDER ADVISEMENT: |
|---|
| BRIEFING SCHEDULE: |
|  |

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.