IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

---

In re:
MINOR FAMILY HOTELS, LLC

Debtor

Case No. 10-62543
Converted Chapter 7

---

### CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT; AND NOTICE OF HEARING

TO THE HONORABLE REBECCA B. CONNELLY, U. S. BANKRUPTCY JUDGE:

## MOTION

COMES NOW, W. Stephen Scott, the duly-qualified and acting Chapter 7 Trustee herein (the "Trustee"), by counsel, and pursuant to Fed. Rule of Bankr. P. 9019(a) files this motion (the 'Motion") seeking approval of the settlement of claims asserted by the Debtor against Clancy & Theys Construction Company ("CTCC"), in a state court action currently pending in the Circuit Court for the City of Charlottesville, Virginia (Case No. CL2012-234), seeking damages from CTCC (the "State Court Action"). In support hereof, the Trustee represents the following:

1. On September 1, 2010 (the "Petition Date"), the Debtor filed its bankruptcy proceeding under chapter 11 of the Bankruptcy Code, which proceeding was converted to chapter 7 case on September 18, 2013 (the "Conversion Date").

2. The Trustee was duly appointed as Chapter 7 Trustee on the Conversion Date to administer the pending chapter 7 proceeding.

3. The Trustee and CTCC have reached a settlement of the State Court Action, subject to Bankruptcy Court approval, the terms of which are memorialized in the attached draft

Settlement Agreement. Among other terms and conditions, CTCC will pay the Trustee the sum of $10,000.00 in full satisfaction of the State Court Action and any other claim, demand, action or cause of action that the Debtor or the Trustee has asserted or might assert at any time against CTCC ("the Settlement").

4. The Trustee believes the proposed Settlement is appropriate in this instance in light of, among other things, the possible delay in the final administration of the bankruptcy estate, the uncertainty of the result of State Court Action, and that no party in interest shall suffer prejudice or injury as a result of the Settlement. Accordingly, by virtue of the foregoing it is respectfully submitted that the Settlement is in the best interests of the Estate and all parties in interest.

## NOTICE OF HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant this Motion pursuant upon the terms set forth herein, or if you want the court to consider your views on the motion, then on or before <u>7 DAYS BEFORE THE SCHEDULED HEARING</u>, you or your attorney must:

1. File with the court a written response to the sale at:
   Clerk, U. S. Bankruptcy Court
   1101 Court Street, Room 166
   Lynchburg, VA 24504

2. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

3. You must also mail a copy to:

   Office of the U. S. Trustee          W. Stephen Scott, Esquire
   First Campbell Square Building       P. O. Box 2737
   210 First Street, Suite 505          418 E. Water Street
   Roanoke, VA  24011                   Charlottesville, VA 22902

4. **Attend the hearing scheduled to be held on Monday, March 17, 2014, at 2:00 P.M., at the Bankruptcy Courtroom, U. S. Courthouse and Federal Building, 255 West Main Street, Charlottesville, VA.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

WHEREFORE, the Trustee respectfully requests, after notice and hearing, this Court enter an Order granting the Motion and approving the Settlement in accordance with the terms set forth herein; and such other and further relief as the Court deems just and proper.

Dated: February 3, 2014

Respectfully submitted,
W. STEPHEN SCOTT, TRUSTEE
By Counsel

/s/ W. Stephen Scott
W. Stephen Scott, Esquire (VSB#14301)
Scott Kroner, PLC
P. O. Box 2737; 418 E. Water Street
Charlottesville, VA 22902
(434) 296-2161
wscott@scottkroner.com
Attorney for the Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice was served electronically or via U. S. Postal Service, first class, postage prepaid, this 3rd day of February, 2014 to the Debtor, to the Attorney for Debtor, and to all creditors and parties in interest as set forth on the mailing matrix attached to the original of this Notice filed with the Court.

/s/ W. Stephen Scott
_____
W. Stephen Scott, Trustee

## SETTLEMENT AGREEMENT

**This settlement agreement** (this "*Settlement Agreement*") is made as of January 31, 2014 by and between W. Stephen Scott, Chapter 7 Trustee (the "*Trustee*") for Minor Family Hotels, LLC ("*MFH*" or the "*Debtor*") in Case No. 10-62543 pending in the United States Bankruptcy Court for the Western District of Virginia and Clancy & Theys Construction Company. ("*Clancy & Theys*" and collectively with the Trustee, the "*Parties*").

### RECITALS

A.    The Debtor filed a voluntary for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") petition on September 1, 2010 (the "*Petition Date*") in the United States Bankruptcy Court for the Western District of Virginia (the "*Bankruptcy Court*"), administered under Case number 10-62543 (the "*Bankruptcy Case*"). The Bankruptcy Case was converted from a case under Chapter 11 of the Bankruptcy Code to a case under Chapter 7 of the Bankruptcy Code on September 18, 2013 (the "Conversion Date") and the Trustee was appointed to serve as Chapter 7 Trustee in the Bankruptcy Case.

B.    Prior to the Conversion Date, the Debtor filed a cause of action against Clancy & Theys in the Circuit Court for the City of Charlottesville, Virginia (Case No.: CL2012-234) (the "*State Court Action*"), seeking damages from Clancy & Theys.

C.    Clancy & Theys has denied any liability of any kind to the Debtor or to the Debtor's estate in connection with the State Court Action or otherwise.

D.    The Parties have exchanged information, negotiated with one another, and now desire to resolve all matters between them, including the State Court Action against Clancy & Theys, upon the terms and conditions set forth below.

### TERMS OF AGREEMENT

1

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated, consented to, and agreed by and between the Parties as follows:

1. Clancy & Theys shall deliver to the Trustee the sum of $10,000.00 (the "*Settlement Sum*"), in full satisfaction of the State Court Action and any other claim, demand, action or cause of action that the MFH or the Trustee has asserted or might assert at any time against Clancy & Theys.

2. The Settlement Sum shall be paid by check, issued by Clancy & Theys and delivered to the Trustee, so that the Trustee actually receives it within ten (10) calendar days after the execution of this Settlement Agreement as follows:

| | |
|---|---|
| Payable to: | W. Stephen Scott, Chapter 7 Trustee for Minor Family Hotels, LLC |
| Delivered to: | Scott | Kroner, PLC<br>418 E. Water St.<br>Charlottesville, VA 22902 |

3. Upon the Effective Date of this Settlement Agreement and subject to the provisions of this Settlement Agreement, the Trustee shall be deemed to have released, waived, and discharged Clancy & Theys and all of its officers, directors, employees, agents and representatives from any and all liabilities, obligations, actions, suits, judgments, claims, causes of action and demands, known or unknown, whatsoever at law or in equity arising from, in connection with or related to the State Court Action and all other claims, demands, actions or causes of action that the MFH or Trustee has asserted or might assert at any time against Clancy & Theys.

4. The releases granted in this Settlement Agreement shall be effective upon entry of an order approving this Settlement Agreement in accordance with Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Effective Date").

5. The Trustee shall prepare a motion seeking approval of this Settlement Agreement within five days of the delivery of the Settlement Agreement to the Trustee. The Trustee shall endorse and promptly file an Order dismissing the State Court Action with prejudice following the Effective Date.

6. Except as otherwise provided in this Settlement Agreement, upon execution of this Settlement Agreement and subject to the provisions of this Settlement Agreement, Clancy & Theys shall be deemed to have released, waived and discharged the Debtor, the Debtor's estate and the Trustee from any and all liabilities, obligations, actions, suits, judgments, claims, causes of action and demands, known or unknown, whatsoever at law or in equity and any claim under 11 U.S.C. § 502(h) arising as a consequence of the payment of the Settlement Sum or any other claims it may have against the Debtor or the Debtor's Estate, and Clancy & Theys shall withdraw Clancy & Theys' filed proof of an unsecured claim, as amended, totaling $472,884.22 in the Bankruptcy Case [Claim No. 18-2].

7. Except as otherwise provided in this Settlement Agreement, if the Trustee is compelled by an order of a court of competent jurisdiction or required for any other reason to return, disgorge, or repay any portion of the Settlement Sum, or if the payment of any portion of the Settlement Sum is avoided by Clancy & Theys or any person or entity acting on behalf of Clancy & Theys or its respective estate, then the releases given by each party to this Settlement Agreement shall be deemed ineffective and the Complaint and proof of claim shall be reinstated without further order of the Bankruptcy Court, subject to credit for the

3

payment made pursuant to paragraph 1 of this Settlement Agreement to the extent allowed by law.

8. The undersigned individuals represent and warrant that they have full authority to execute this Settlement Agreement on behalf of the respective Parties and have obtained all necessary approvals from those Parties.

9. This Settlement Agreement represents the entire agreement between the Parties. This Settlement Agreement is the resolution of disputed claims and nothing in this Settlement Agreement shall be deemed an admission against either party.

10. This Settlement Agreement may be signed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Facsimile and electronically-transmitted signatures shall be given the same force and effect as original signatures. This Settlement Agreement shall be binding upon and inure to the benefit of the Parties' respective assigns and successors, including trustees and receivers. Each party shall bear its own costs and expenses associated with this matter.

**W. Stephen Scott, Chapter 7 Trustee**        **Clancy & Theys Construction Company**

_____          By: _____
                                                                Its: _____

24598587_1

Capital Interior Contractors, Inc.
c/o Barry A. Hackney, Reg. Agent
P. O. Box 500
Richmond, VA 23218-0500

Century Concrete, Inc.
c/o Dennis T. Lewandowski, Esq.
PO Box 3037
Norfolk, VA 23514-3037

Charlottesville Parking Center, Inc.
c/o H. Slayton Dabney, Jr., Esq.
1185 Avenue of the Americas
New York, NY 10036-2601

City of Charlottesville, Virginia
605 East Main Street
P.O. Box 911
Charlottesville, VA 22902-0911

Clancy & Theys Construction Company
c/o Steven G. Test, Esq.
222 Central Park Ave.
Suite 1700
Virginia Beach, VA 23462-3035

Omni Hotels Management Corp.
c/o Lynn L. Tavenner, Esq.
20 North Eighth Street, Second Floor
Richmond, VA 23219-3302

Pioneer Bank
C/o Reed & Reed, P.C.
P.O. Box 766
Luray, VA 22835-0766

R.D. Jones & Associates, Inc.
c/o Lenhart Obenshain, PC
100 10th Street NE
Suite 300
Charlottesville, VA 22902-5481

Southern Air, Incorporated
Ronald G. Kidd, R/A
2655 Lakeside Dr.
P. O. Box 4205
Lynchburg, VA 24502-0205

Specialty Finance Group, LLC
3284 Northside Parkway NW
Atlanta, GA 30327-2280

Trane U.S., Inc.
c/o Lawrence S. Jacobs, Esq.
8300 Greensboro Drive, Suite 800
McLean, VA 22102-3661

USTrustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011-1620

Woods Rogers PLC
P.O. Box 14125
Roanoke, VA 24038-4125

A & E Reprographics Inc
100 Aragona Blvd, Suite 103
Virginia Beach, VA 23462-2752

A.G. Dillard, Inc.
295 Memory Lane
Troy, VA 22974-3707

A.G. Dillard, Inc.
c/o David W. Thomas
Michie Hamlett PLLC
500 Court Square, Suite 300
Charlottesville, VA 22902-5146

Aegis Technologies Inc.
23475 Rock Haven Way #125
Sterling, VA 20166-4444

Akerman Senterfitt LLP
Attn:  Don Gavin
8100 Boone Blvd., Suite 630
Vienna, VA 22182-2649

Alex Judson
953 W. Willow St., Apt. 2B
Chicago, IL 60614-7357

Allen Guthrie & Thomas
P.O. Box 3394
Charleston, WV 25333-3394

American Arbitration Association
Attn: Adriana Armendariz, Case Manager
2200 Century Parkway Ste 300
Atlanta, GA 30345-3126

Appraisal Group, Inc.
P.O. Box 2248
Charlottesville, VA 22902-2248

Architecture Incorporated
1902 Campus Commons Drive Suite 101
Reston, VA 20191-1581

Arthur T. K. Norris, Esquire
Lee & McShane, PC
1211 Connecticut Avenue, N.W.
Suite 425
Washington, WA 20036-2708

Atlantic Hospitality Advisors
4314 Pablo Oaks Court
Jacksonville, FL 32224-9631

Atttorney General Eric Holder
U.S. Department Of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Bankers Bank SFG
Three Ravinia Drive, Suite 230
Atlanta, GA 30346-2159

Bat Masonry Company, Inc.
c/o Gentry Locke Rakes & Moore, LLP
10 Franklin Road, SE, Suite 800
Roanoke, VA 24011-2121

Bat Masonry Company, Incorporated
22473 Timberlake Road
Lynchburg, VA 24502-7302

Bat Masonry Company, Incorporated
C/O Gentry Lock Rakes & Moore, LLP
10 Franklin Road SE,.South 800
Roanoke, VA 24011-2133

| | | |
|---|---|---|
| Boyken International<br>303 Lippincott Centre<br>Marlton, NJ 08053-4160 | C. Connor Crook<br>Boyle, Bain, Reback & Slayton<br>420 Park Street<br>Charlottesville, VA 22902-4762 | C. L. Harrison<br>Construction Administrative Services<br>P.O. Box 5837<br>Charlottesville, VA 22905-5837 |
| CP Document Technology<br>P.O. Box 64-457<br>Lost Angeles, CA 90064-0457 | CT Corp.<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | Capital Interior Contractors<br>C/O Hirschler Fleischer<br>PO Box 500<br>Richmond, VA 23218-0500 |
| Capital Interior Contractors, Inc.<br>3201-A Rosedale Avenue<br>Richmond, VA 23230-4227 | Card Services<br>P.O. Box 569100<br>Dallas, TX 75356-9100 | Century Concrete, Inc.<br>1364 Air Rail Avenue<br>Virginia Beach, VA 23455-3318 |
| Century Concrete, Inc.<br>C/O Kaufman & Canoles<br>PO Box 3037<br>Norfolk, VA 23514-3037 | Century Concrete, Inc.<br>c/o Dennis T. Lewandowski, Esq.<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510-1681 | Charlottesville Parking Center Inc.<br>108 5th St. N.E.<br>P.O. Box 262<br>Charlottesville, VA 22902-0262 |
| Charlottesville Parking Center, Inc.<br>c/o H. Slayton Dabney, Jr., Esq.<br>303 Grande Court<br>Richmond, VA 23229-7064 | City Of Charlottesville, Virgnia<br>City Attorney<br>600 East Main Street<br>Charlottesville, VA 22902 | City of Charlottesville<br>Office of the City Attorney<br>Richard M Harris Esq, Deputy City Attorn<br>PO Box 911<br>Charottesville, VA 22902-0911 |
| City of Charlottesville (Const Off Water<br>P.O. Box 591<br>Charlottesville, VA 22902-0591 | City of Charlottesville (Rent)<br>P.O. Box 911<br>Charlottesville, VA 22902-0911 | City of Charlottesville Treasurer<br>P.O. Box 2854<br>Charlottesville, VA 22902-2854 |
| Civil Process Clerk<br>United States Attorney's Office<br>310 1st St., SW, Rm 906<br>Roanoke, VA 24011-1926 | Clancy & Theys Construction Company<br>11830 Fishing Point Dr., Suite 201<br>Newport News, VA 23606-2586 | Clancy & Theys Construction Company<br>C/O Williams Mullen, A Professional Co.<br>222 Central Park Avenue, Suite 1700<br>Virginia Beach, VA 23462-3035 |
| Cobalt Communications LLC<br>754 Sir Francis Drake Blvd, Ste 8<br>San Anselmo, CA 94960-1933 | Conferencing Advisors, Inc.<br>34175 Camino Capistrano, #103<br>Capistrano Beach, CA 92624-1163 | Core Group PC<br>Michael F. Germano, Esq<br>1211 Connecticut Avenue NW Suite 425<br>Washington, DC 20036-2708 |
| Core Group, PC<br>ATTN: Ann Marie Avellino<br>1010 Wisconsin Ave NW Suite 405<br>Washington, DC 20007-3679 | DLA Piper LLP (US)<br>550 South Hope St., Suite 2300<br>Los Angeles, CA 90071-2678 | DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND, VA 23261-6666 |
| Dominion Virginia Power (Chville Off)<br>P.O. Box 26543<br>Richmond, VA 23290-0001 | Downtown Business Assoc of C'ville<br>108 Fifth Street<br>P.O. Box 253<br>Charlottesville, VA 22902-0253 | ECS Mid-Atlantic, LLC<br>14026 Thunderbolt Place, Suite 100<br>Chantilly, VA 20151-3296 |

EClaris
99 Pasadena Avenue #10
South Pasadena, CA 91030-6141

Elemental Ideas & Design
756 W. Spain St.
Sonoma, CA 95476-5923

Embarq
P.O. Box 96064
Charlotte, NC 28296-0064

Engineering Plus, LLC
9018 Heritage Parkway Ste 1000
Woodridge, IL 60517-5135

Engineering Plus, LLC
C/O John A. Dezio, Esq.
2350 Commonwealth Drive, Suite C
Charlottesville, VA 22901-1691

Equassure, Inc.
2041 Rosecrans Ave, Suite 380
El Segundo, CA 90245-7502

Evolve Discovery
811 Wilshire Blvd., Suite 1400
Los Angeles, CA 90017-2633

Exeter Inn
90 Front Street
Exeter, NH 03833-2764

FF&E Logistics
6501 Virginia Manor Road
Beltsville, MD 20705-1253

Feil, Pettit & Williams PLC
530 East Main Street
Charlottesville, VA 22902-5336

First American Title Insurance
1051 East Cary Street Suite 1111
Richmond, VA 23219-4044

First Sentry Bank
Geoffrey S. Shiels, President
823 Main Street
Huntington, WV 25704

First United Bank & Trust
19 S. 2nd Street
Oakland, MD 21550-1517

Froehling & Robertson, Inc.
Attn: R. Goswick
3015 Dumbarton Road
Richmond, VA 23228-5831

Froehling & Robertson, Inc.
C/O FloranceGordonBrown
1900 One James Center
Richmond, VA 23219-4049

GHT Limited
1010 North Glebe Road, Suite 200
Arlington, VA 22201-5717

Garrett Thomas
5750 Steppe Ridge
Crozet, VA 22932

Graham & Dunn PC
2801 Alaskan Way Suite 300
Seattle, WA 98121-1128

Guaranty Bank & Trust Co.
517 9th Street
Huntington, WV 25701-2005

H. David Gibson Esq
Gentry Locke Rakes & Moore LLP
10 Franklin Road SE
PO Box 40013
Roanoke, VA 24022-0013

H.R.O.K., LLC
108 2nd St. SW #2
Charlottesville, VA 22902-5078

Halsey M. Minor
2800 Ridge Road
Charlottesville, VA 22901-9484

Halsey M. Minor
C/O Minor Ventures
3810 Washington Street
San Francisco, CA 94118-1650

Halsey Minor
619 Trendon Avenue
Beverly Hills, CA 90210-3102

Harrison County Bank
c/o Booth & McCarthy
PO Box 4669
Bridgeport, WV 26330-4669

Harrsion County Bank
PO Box 98
Lost Creek, WV 26385-0098

Hay Creek Management Company, LLC
6 Elmwood Road
Suite 200
Westport, CT 06880-3902

Hay Creek Management Company, LLC
C/O Edmunds & Williams, P.C.
828 Main Street, 19th Floor
Lynchburg, VA 24504-1522

Home Town Bank
202 South Jefferson Street
Roanoke, VA 24011-1702

Hornberger & Worstell, Inc.
Architects & Planners
170 Maiden Lane
San Francisco, CA 94108-5334

| | | |
|---|---|---|
| Hospitality Technology Consulting<br>12460 Crabapple Rd., Suite 202<br>Alpharetta, GA 30004-6646 | Hotel Charlottesville, LLC<br>414 Market Street, Suite D<br>Charlottesville, VA 22902-5202 | Huseby<br>National Depo.<br>P.O. Box 404743<br>Atlanta, VA 30384-4743 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Jeffrey A. Sitler Environment Svcs, Inc.<br>P.O. Box 6038<br>Charlottesville, VA 22906-6038 | Joe H. Peck<br>Clerk, Virginia State Corp. Commission<br>PO Box 1197<br>Richmond, VA 23218-1197 |
| John A. Dezio<br>2350 Commonwealth Drive<br>Suite C<br>Charlottesville, VA 22901-1691 | John H Maddock III<br>Jonathan T Blank, C Paige Bobick<br>McGuirewoods LLP One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4063 | Karyn Abbott<br>70 S. Lake Ave., Floor 10<br>Pasadena, CA 91101-4706 |
| Kimley-Horn & Associates, Inc.<br>P.O. Box 75557<br>Baltimore, MD 21275-5557 | Kurt Ramlo, Esq.<br>DLA Piper LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, CA 90071-2678 | Kutak Rock, LLP<br>c/o Craig Young, Esq.<br>1101 Connecticut Ave NW, Suite 1000<br>Washington, DC 20036-4374 |
| Laura Childress<br>3810 Washington Street<br>San Francisco, CA 94118-1650 | LeClair Ryan<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LeClairRyan, A Professional Corporation<br>c/o Christian K. Vogel<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219-4040 |
| Lee Danielson<br>149 S. Barrington Ave. #229<br>Los Angeles, CA 90049-3310 | Lee Insurance Services<br>510 Locust Avenue<br>Charlottesville, VA 22902-4811 | Lerch Bates Inc.<br>8089 South Lincoln Suite 300<br>Littleton, CO 80122-2721 |
| Linda M. Rossman, CPA<br>1422 Sachem Place Unit 2<br>Charlottesville, VA 22901-2498 | Magnan Metz<br>521 West 26th Street<br>New York, NY 10001-5531 | Mark G. Anderson Consultants, Inc.<br>730 Eleventh St. NW, 4th Floor<br>Washington, DC 20001-4510 |
| Markus Lui & Associates<br>22 Battery Street, Suite 704<br>San Francisco, CA 94111-5521 | Marsh USA Inc.<br>Department #9728<br>Los Angeles, CA 90084-9728 | Michael S Smith Incorporated<br>1646 Nineteenth Street<br>Santa Monica, CA 90404-3810 |
| Michie Hamlett Lowry Rasmussen Tweel<br>500 Court Square, Suite 300<br>P.O. Box 298<br>Charlottesville, VA 22902-0298 | Minor Family Hotels LLC<br>2800 Ridge Road<br>Charlottesville, VA 22901-9484 | Moler & Associates<br>Consulting Structural Engineers<br>309 E. Water Street<br>Charlottesville, VA 22902-5239 |
| Morris, Manning & Martin, LLP<br>3343 Peachtree Road NE<br>Atlanta, GA 30326-1044 | NBJ Architecture<br>11537-B Nuckols Rd.<br>Glen Allen, VA 23059-5670 | Nancy R Schlichting Esquire<br>Lenhart Obenshain PC<br>100 10th Street NE Suite 300<br>Charlottesville, VA 22902-5481 |

National Registered Agents, Inc.
P.O. Box 927
West Windsor, NJ 08550-0927

Next Step Design, Inc.
1116 West Street, Suite C
Annapolis, MD 21401-3608

Official Committee of
Unsecured Creditors
c/o Craig Young, Esq.
1101 Connecticut Ave NW, Suite 1000
Washington, DC 20036-4345

Ohio Casualty
P.O. Box 7906
Loveland, OH 45140-7906

Ohio Casualty Insurance Company
PO Box MS #147
Keene, NH

Old Dominion National Bank
4916 Plank Road
North Garden, VA 22959-1613

Omni Hotels Management Corp.
Michael J. Deitemeyer, President
420 Decker Drive, Suite 200
Irving, TX 75062-3988

Pamela A Angelucci, Inc.
310 Petersford Way
Alpharetta, GA 30004-3743

Pamela A. Angelucci, Inc.
c/o John A. Dezio, Attorney
2350 Commonwealth Drive
Suite C
Charlottesville, VA 22901-1691

Payne, Ross & Associates Advertising Inc
206 East Jefferson Street
Charlottesville, VA 22902-5105

Pioneer Bank
PO Box 10
Stanley, VA 22851-0010

Premium Assignment Corporation
P.O. Box 3100
Tallahassee, FL 32315-3100

R.D. Jones & Associates, Inc.
729 E. Pratt Street, Suite 210
Baltimore, MD 21202-3341

Randy Burkett Lighting Design, Inc.
609 East Lockwood Avenue, Suite 201
St. Louis, MO 63119-3287

Rick Britton
3144 Ridgefield Rd.
Charlottesville, VA 22911-7205

River Community Bank, N.A.
P.O. Box 1224
Martinsville, VA 24114-1224

Robert Lastra & Associates, Inc.
446 S. Canon Drive
Beverly Hills, CA 90212-4518

Robert P Alpert Esq, Jeffrey K Douglass,
Morris Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326-1085

Schnabel Engineering, LLC
P.O. Box 60530
Charlotte, NC 28260-0530

Sedgwick, Detert, Moran & Arnold LLP
Attention: Accounting Department
One Market Plaza
San Francisco, CA 94105-1101

Shen Milsom & Wilke, Inc.
417 Fifth Avenue, 5th Floor
New York, NY 10016-2210

Southern Air, Incorporated
C/O Hirshler Fleischer
PO Box 500
Richmond, VA 23218-0500

Southern Environmental Services, Inc.
P.O. Box 5517
Richmond, VA 23220-0517

Specialty Finance Group LLC
c/o Morris, Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1085

Specialty Finance Group, LLC
3 Ravinia Drive, Suite 230
Atlanta, GA 30346-2159

Specialty Finance Group, LLC
C/O McGuire Woods LLP
Court Square Building
Charlottesville, VA 22902

Stuart A. Simon
C/O McGuire Woods LLP
Court Square Building
Charlottesville, VA 22902

Stuart A. Simon
C/O Morris, Manning & Martin LLP
1600 Atlanta Financial Center
Atlanta, GA 30326

Suffolk First Bank
100 Bosley Avenue
Suffolk, VA 23434-5705

TRT Holdings, Inc.
Michael G. Smith, General Counsel
600 Las Colinas Blvd East, Suite 1900
Irving, TX 75039-5626

| | | |
|---|---|---|
| Tadjer Cohen Edelson Associates, Inc.<br>1109 Spring Street, Suite 510<br>Silver Spring, MD 20910-4033 | Tadjer Cohen Edelson Associates, Inc.<br>C/O Skeen Law Offices<br>258 East High Street<br>Charlottesville, VA 22902-5178 | Tannenbaum Helpern Syracuse Hirschtrit<br>900 Third Avenue<br>New York, NY 10022-4749 |
| The City of Charlottesville<br>Assessor's Office<br>605 East Main Street<br>Charlottesville, VA 22902-5337 | The Hon. Kenneth T. Cuccinelli, II<br>Attorney General Of Virginia<br>900 East Main Street<br>Richmond, VA 23219-3524 | Thomas B. Lincoln Land Surveyor, Inc.<br>632 Berkmar Circle<br>Charlottesville, VA 22901-1464 |
| Thomas Eckert, Esq.<br>United States Attorney's Office<br>310 1st Street, S.W., Rm 906<br>Roanoke, VA 24011-1926 | Trane U.S. Inc.<br>3600 Pammel Creek Road<br>La Crosse, WI 54601-7599 | Treasurer of Virginia<br>P.O. Box 7621<br>Merrifield, VA 22116-7621 |
| Treasurer, City of Charlottesville<br>Jennifer J Brown Treasurer<br>P.O. Box 2854<br>Charlottesville, VA 22902-2854 | Veritext<br>707 Wilshire Blvd., Suite 3500<br>Los Angeles, CA 90017-3517 | Victor Products Corp.<br>P.O. Drawer 7910<br>Richmond, VA 23223-0110 |
| Virginia National Bank<br>1900 Arlington Blvd.<br>Charlottesville, VA 22903-1520 | Water Street Parking Garage Condo Asn<br>108 5th St. NE<br>P.O. Box 262<br>Charlottesville, VA 22902-0262 | Watt, Tieder, Hoffar & Fitzgerald<br>8405 Greensboro Dr.<br>McLean, VA 22102-5104 |
| Wealth and TaxAdvisory Services, Inc.<br>P.O. Box 7128<br>Buffalo, NY 14240-7128 | Wilhoite, LLC<br>P.O. Box 9035<br>Charlottesville, VA 22906-9035 | William H Schwarzschild III<br>W. Alexander Burnett Williams Mullen<br>Williams Mullen Center 16th Floor<br>200 South 10th Street PO Box 1320<br>Richmond, VA 23218-1320 |
| Benjamin Webb King<br>Woods Rogers PLC<br>P.O. Box 14125<br>Roanoke, VA 24038-4125 | Lee Danielson<br>1296 Capri Drive<br>Pacific Palisades, CA 90272-4001 | Richard C Maxwell<br>Woods Rogers PLC<br>PO BOX 14125<br>ROANOKE, VA 24038-4125 |